No. 427.  BARNES ET AL. *v.* AKRON, CANTON & YOUNGS-TOWN RAILROAD CO. ET AL.  On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit.  *Per Curiam:* The petition for writ of certiorari is granted.  The judgment of the Court of Appeals is vacated and the case is remanded to the District Court for disposition agreeable to the representation of counsel for respondents.  *Alex Elson, Lester P. Schoene, Milton Kramer, Clarence M. Mulholland* and *Edward J. Hickey, Jr.* for petitioners.  *Kenneth F. Burgess, D. Robert Thomas* and *Walter J. Cummings, Jr.* for the respondent railroads.

No. 193, Misc.  MARRON *v.* RAGEN, WARDEN.  The order entered in this case on November 8, 1954, *ante,* p. 867, is amended so as to read as follows: *"Per Curiam:* The appeal is dismissed for the want of jurisdiction.  28 U. S. C. § 1254 (2)."

No. 79, Misc.  HALL *v.* WILLIAMS ET AL., *ante,* p. 847.  The motion for damages is denied.  *H. L. Pringle* for respondents.

No. 225, Misc.  RICHTER *v.* SWENSON, WARDEN, ET AL.  Supreme Court of Minnesota.  Certiorari denied.  Motion for leave to file petition for writ of habeas corpus also denied.

No. 121, Misc.  EX PARTE JACKSON;
No. 199, Misc.  NEGRON *v.* LOONEY, WARDEN;
No. 213, Misc.  DIXON *v.* RAGEN, WARDEN;
No. 224, Misc.  EX PARTE WATSON; and
No. 248, Misc.  NEWSTEAD *v.* WEISMANTEL, WARDEN.
Motions for leave to file petitions for writs of habeas corpus denied.